X-RAY STOVE POLISH COMPANY, Appellant, *v.* G. WELLS WALSH, Respondent.

*X-Ray Stove Polish Co.* v. *Walsh.* 114 App. Div. 901, affirmed.
(Argued May 27, 1908, decided June 12, 1908.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 20, 1906, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court on trial at Special Term in an action for an injunction to restrain an alleged infringement of the plaintiff's trade mark.

*Frederick S. Duncan* and *William H. Thitchener* for appellant.

*Ernest G. Stevens* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.